# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| **BANKERS LIFE CASUALTY COMPANY,** | ) ) ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) |
| **SHANTAI C. HARRIS, as Attorney-In-Fact for DIANNE SIMS, Deceased, YULONDA MARSHALL, BRITTANY MARSHALL-SIMS, ERIKA BRASWELL,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Civil Action No. 2:11-cv-2907- Ma C

## ORDER OF DISMISSAL

Having been advised that all parties hereto consent to the dismissal of Plaintiff Bankers Life and Casualty Company, the Court hereby orders and adjudicates as follows:

1. Bankers Life and Casualty Company's Complaint asserted against Shantai C. Harris as Attorney-In-Fact for Dianne Sims, Yulonda Marshall, Brittany Marshall-Sims and Erika Braswell shall be dismissed, with prejudice.

2. Yulonda Marshall, Brittany Marshall-Sims, Erika Braswell, and Shantai C. Harris, and their respective agents, attorneys, representatives, heirs, executors, assigns, and all persons claiming through or under them, are enjoined from instituting or pursuing any state or federal court action for the recovery of the proceeds under Policy No. 7363755 (the "Policy"), issued to Dianne M. Sims on or about October 17, 2000 by Bankers Life and Casualty Company, and, upon final hearing, are permanently enjoined and restrained from instituting or pursuing any state

or federal court action for the recovery of the proceeds under the Policy, or relating in any way to Bankers Life's actions with respect to the handling of this claim.

      3.      The Court retains jurisdiction to make such judgment as necessary to determine who is properly entitled to the life insurance benefits and will direct the Clerk of the United States District Court for the Western District of Tennessee to release the life insurance benefits in accordance with that judgment.

      SO ORDERED, this the 2nd day of March, 2012.

      s/Samuel H. Mays, Jr.
      SAMUEL H. MAYS, JR.
      UNITED STATES DISTRICT JUDGE