IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| BANKERS LIFE CASUALTY COMPANY )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>vs. )<br>)<br>SHANTAI C. HARRIS, as Attorney-In-Fact for DIANNE SIMS, Deceased, YULONDA MARSHALL, BRITTANY MARSHALL-SIMS, ERIKA BRASWELL, HERITAGE MEMORIAL FUNDING LLC )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Civil Action No.: 11-2907 |

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME NOW Kevin E. Childress, counsel for Defendants Yulonda Marshall and Brittany Marshall-Sims, and Julian T. Bolton, counsel for Defendants Shantai C. Harris and Erika Braswell and announce the following:

1. All matters and things heretofore in controversy between Defendants Yulonda Marshall and Brittany Marshall-Sims, and Defendants Shantai C. Harris and Erika Braswell have now been compromised and settled.

2. By agreement of the aforementioned Defendants, after deduction of any court costs in this cause, Yulonda Marshall shall receive one-half of the insurance proceeds held by the Clerk of this Court, and Brittany Marshall-Sims and Erika Braswell shall equally divide the remaining one-half.

3. Upon said payments being issued by the Clerk, the Petition for Interpleader filed herein may then be dismissed with prejudice as all other parties have heretofore been dismissed from the proceedings.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that:

1. After the deduction of any court costs, the Clerk of this Court shall issue a check payable to Yulonda Marshall for one-half of the proceeds currently held by the Clerk. Further, the Clerk of this Court shall issue a check payable to Brittany Marshall-Sims for one-fourth of the proceeds currently held by the clerk and a check payable to Erika Braswell and her attorney, Julian T. Bolton, for the balance equaling one-fourth of the proceeds currently held by the court.

2. Upon the aforementioned payments being issued by the Clerk of this Court, the Petition for Interpleader is hereby dismissed with prejudice.

*s/   Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
United States District Judge

*January 18, 2013*
Date

2

APPROVED AS TO FORM:

| | |
|---|---|
| s/Kevin E. Childress | s/Julian T. Bolton |
| Kevin E. Childress (Bar No. 17046) | Julian T. Bolton (Bar No. 15378) |
| 301 Washington Avenue, Suite 201 | 200 Jefferson Avenue, Suite 1066 |
| Memphis, Tennessee 38103 | Memphis, Tennessee 38103 |
| (901) 525-2527 (o) | (901) 308-1716 (o) |
| (901) 432-6153 (f) | (901) 795-2256 (f) |
| kevin@childresslawoffice.com | jtbolton@boltonplc.com |
| | |
| Attorney for Defendants Yulonda Marshall and Brittany Marshall-Sims | Attorney for Defendants Shantai Harris and Erika Braswell |