UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**BANKERS LIFE CASUALTY COMPANY,**

    **Plaintiff,**

**V.**                                               **NO. 11-2907-Ma**

**SHANTAI C. HARRIS, as Attorney-In-Fact for DIANNE SIMS, Deceased, YULONDA MARSHALL, BRITTANY MARSHALL-SIMS, ERIKA BRASWELL, HERITAGE MEMORIAL FUNDING LLC,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is dismissed in its entirety in accordance with the Consent Order of Dismissal With Prejudice, docketed January 18, 2013.

**APPROVED:**

_s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| _January 22, 2013_ | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | _s/ Zandra Frazier_ |
| | (By) DEPUTY CLERK |